```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 08-20048-CIV-GRAHAM
                         MAGISTRATE JUDGE P. A. WHITE
ONELIO DIAZ,                :

     Movant,                :

v.                          :     REPORT ON MOTION FOR
                                  TRO OR PRELIMINARY INJUNCTION
UNITED STATES,              :

     Respondent.            :
_____
```

This is a pro se motion to vacate case pursuant to 28 U.S.C. §2255.

The movant has filed a pleading captioned as "Motion for issuance of an order to show cause on law library access", in which he seeks access to the law library in the Federal Correctional Center in Yazoo City, MS (DE#5). This pleading is, in legal effect a motion for temporary restraining order and/or preliminary injunction. Review of this motion reveals that it does not state a prima facie case for preliminary injunctive relief pursuant to Johnson v. United States Department of Agriculture, 734 F.2d 774 (11 Cir. 1984), and cases cited therein. The movant filed a motion to vacate, and an order to show cause was issued. No further pleading is required from the movant at this time. No hearing was therefore held on the motion.

It is recommended that this motion be denied without prejudice (DE#5.,

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

DONE AND ORDERED at Miami, Florida, this 19TH day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Onelio Diaz, <u>Pro Se</u>
     Reg#76437-004
     PO Box 5888
     Yazoo City, MS
     Address of Record

     Anne Schultz, AUSA
     Office of US Attorney
     Miami, Fl.