UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-20048-CIV-GRAHAM

ONELIO DIAZ,

    Movant,

vs.

UNITED STATES,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Onelio Diaz's pro se motion to vacate pursuant to 28 U.S.C. § 2255 [D.E. 1] and the docket entry titled "Motion for Issuance of an Order to Show Cause on Law Library Access" [D.E. 5].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge White has issued a Report and Recommendation [D.E. 7] (the "Magistrate Judge's Report") for this Court's consideration, recommending that the Motion for an Order to Show Cause [D.E. 5] be denied without prejudice.  Plaintiff objects to the Magistrate Judge's Report. [See D.E. 10].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Court finds that the objections are without merit. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 7] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Motion for Issuance of an Order to Show Cause on Law Library Access [D.E. 5] is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of April, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Onelio Diaz, Pro Se
    Counsel of Record